1  **COLT B. DODRILL, ESQ.**
**Nevada Bar No. 9000**
2  **WOLFE & WYMAN LLP**
**980 Kelly Johnson Drive, Suite 140**
3  **Las Vegas, NV  89119**
**cbdodrill@wolfewyman.com**
4  **Tel: (702) 476-0100**
**Fax: (702) 476-0101**
5  Attorneys for Defendants
6  **GMAC MORTGAGE, LLC and**
**EXECUTIVE TRUSTEE SERVICES**
7

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

10

11  BRUCE SNEATH II                                          Case No.:  2:09-cv-01521-KJD-GWF

12              Plaintiff,
        v.
13  GMAC MORTGAGE; CAPITAL ONE as          **ORDER GRANTING**
    successor-in interest; PNC as successor-in-interest;  **DEFENDANTS GMAC MORTGAGE, LLC**
14  EXECUTIVE TRUSTEE SERVICES; DOES 1-     **AND EXECUTIVE TRUSTEE SERVICES'**
    1000 as unknown investors, and ROES 1 through  **MOTION TO EXPUNGE LIS PENDENS**
15  10 being undisclosed mortgage aggregators
    (wholesalers), mortgage originators, loan sellers,
16  Trustees of Pooled Assets, Trustees for holders of
    certificates of collateralized Mortgage Obligations,
17
              Defendants.
18

19        Defendants, GMAC Mortgage, LLC, improperly designated in the caption as GMAC

20  Mortgage (hereinafter, "GMACM") and Executive Trustee Services, LLC (hereinafter, "ETS"), by

21  and through their attorneys, Wolfe & Wyman LLP, filed a Motion to Expunge Lis Pendens on

22  October 21, 2010.

23        The Motion was made upon Notice of Motion, Memorandum of Points and Authorities and

24  all pleadings, papers and documents filed with the Court.

25        The Court having considered the moving papers, its own files and good cause appearing

26  therefore, Orders as follows:

27        1.      The Court grants Defendants' Motion and enters an order expunging, canceling, and

28  discharging the Lis Pendens that Plaintiff recorded on August 13, 2009 with the Clark County

1

WOLFE & WYMAN LLP
Attorneys & Counselors At Law

1    Recorder's Office in Book No. 20090813 as instrument Number 0002598.

2        IT IS THEREFORE ORDERED that Defendants' Motion to Expunge Lis Pendens is hereby

3    granted.

4        IT IS THEREFORE ORDERED any Notice of Pendency of Action or Lis Pendens filed by

5    the Plaintiff in relation to this matter shall be expunged.

6    ///

7    ///

8    ///

9    ///

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

WOLFE & WYMAN LLP
Attorneys & Counselors At Law

2

**ORDER GRANTING MOTION TO EXPUNGE LIS PENDENS**

1       IT IS FURTHER ORDERED that a copy of this Order may be filed with the Clark County

2   Recorder's Office and the applicable chain of title for the property described as:

3       THAT PORTION OF THE NORTHEAST QUARTER (NORTHEAST X) OF
    THE SOUTHWEST QUARTER (SOUTHWEST X) OF SECTION 6,

4   TOWNSHIP 22 SOUTH, RANGE 61 EAST, M.D.B.&M., DESCRIBED AS
    FOLLOWS:

5       LOT THREE (3) AS SHOWN BY MAP THEREOF IN FILE 43 OF PARCEL

6   MAPS, PAGE 90 IN THE OFFICE OF THE COUNTY RECORDER OF
    CLARK COUNTY, NEVADA. RESERVING THEREFROM AN EASEMENT

7   FOR INGRESS AND EGRESS OVER THE HEREIN DESCRIBED
    PROPERTY LYING WITHIN THE PRIVATE DRIVE AS SHOWN BY SAID

8   MAP.

9       APN No. 177-06-304-007

10      Commonly known as 6971 Arville Street, Las Vegas, NV  89118

11

12  IT IS SO ORDERED.

13

14      Dated this __24th___ day of __January____, 2010

15

16      _____
        DISTRICT COURT JUDGE

17

18  Respectfully submitted:        WOLFE & WYMAN LLP

19

20      By:/s/ *Colt B. Dodrill*
        _____

21      COLT B. DODRILL, ESQ.
        Nevada Bar No. 9000

22      980 Kelly Johnson Drive, Suite 140
        Las Vegas, NV 89119

23      cbdodrill@wolfewyman.com

24      Phone (702) 476-0100
        Fax (702) 476-0101

25      Attorneys for Defendants

26      **GMAC MORTGAGE, LLC and**
        **HOMECOMINGS FINANCIAL, LLC**

27

28  V:\GMAC (1477)\010 (Sneath)\Pleadings\Order Granting Motion to Expunge - Sneath.doc



WOLFE & WYMAN LLP
Attorneys & Counselors At Law

**ORDER GRANTING MOTION TO EXPUNGE LIS PENDENS**